

## O'MELVENY & MYERS LLP

| | | |
|---|---|---|
| BEIJING | Times Square Tower | SAN FRANCISCO |
| BRUSSELS | 7 Times Square | SEOUL |
| CENTURY CITY | New York, New York  10036-6524 | SHANGHAI |
| HONG KONG | | SILICON VALLEY |
| LONDON | TELEPHONE  (212) 326-2000 | SINGAPORE |
| LOS ANGELES | FACSIMILE  (212) 326-2061 | TOKYO |
| NEWPORT BEACH | www.omm.com | WASHINGTON, D.C. |

December 29, 2016

WRITER'S DIRECT DIAL
(212) 326-2128

**VIA ECF**

WRITER'S E-MAIL ADDRESS
hchanoine@omm.com

Honorable Vincent L. Briccetti
United States District Court Judge
United States Courthouse - Southern District of New York
300 Quarropas Street, Room 630
White Plains, NY 10601

Re: Stipulation for Extension of Time / Letter Motion Pursuant to Local Rule F, *Mayhew, et al. v. KAS Direct, LLC*, Case No. 7:16-cv-06981-VB (SDNY)

Dear Judge Briccetti:

Our firm represents Defendant KAS Direct, LLC ("KAS") in the above-captioned matter.

Consistent with Your Honor's Individual Practices, we write to respectfully request entry of the enclosed Stipulation and [Proposed] Order extending KAS's time to respond to the Complaint from December 29, 2016 up through and including February 27, 2017.  The parties seek such an extension as they have been discussing issues relating to the case that should be resolved prior to the filing of an answer or responsive pleading.  The parties will advise the Court before the expiration of this extension as to whether further extension is necessary.

One prior unopposed request for extension or continuance has been made in this matter, for the same reasons stated above, which the Court granted (ECF No. 14).  Plaintiffs' counsel have reviewed this request and consent to the filing.  We appreciate the Court's consideration of the request.

Respectfully submitted,

*/s/ Hannah Y. Chanoine*

Hannah Y. Chanoine