# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Tanya Mayhew and Tanveer Alibhai, individually on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KAS Direct, LLC<br><br>Defendant. | Case No. 7:16-cv-06981 (VLB)<br><br>[~~PROPOSED~~] ORDER EXTENDING TIME FOR DEFENDANT KAS DIRECT, LLC TO RESPOND TO PLAINTIFFS' COMPLAINT<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 4-27-17 |

Pursuant to the Parties' Stipulation, **IT IS SO ORDERED**. Defendant KAS Direct, LLC should answer or otherwise respond to Plaintiffs' Complaint on or before Tuesday, May 30, 2017.

Dated: this 27 day of April, 2017

_____
Hon. Vincent L. Briccetti
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Tanya Mayhew and Tanveer Alibhai, individually on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KAS Direct, LLC<br><br>Defendant. | Case No. 7:16-cv-06981 (VLB)<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT KAS DIRECT, LLC TO RESPOND TO PLAINTIFFS' COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties that the time within which Defendant KAS Direct, LLC may move, answer, or otherwise respond to Plaintiffs' Complaint is hereby extended up to and including May 30, 2017.

No provision of this Stipulation shall be construed as a waiver of any of Defendant KAS Direct, LLC's defenses.

There have been three previous unopposed requests for an extension of time in connection with this matter, which the Court granted.

Dated: April 27, 2017

**O'MELVENY & MYERS LLP**

/s/ Hannah Chanoine
By: Hannah Chanoine

Times Square Tower
Seven Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: hchanoine@omm.com

*Attorney for Defendant*

**HALUNEN LAW**

/s/ Melissa W. Wolchansky
By: Melissa W. Wolchansky
  (*pro hac vice*)

1650 IDS Center
80 South Eight Street
Minneapolis, Minnesota 55402
Telephone: (612) 605-4098
Facsimile: (612) 605-4099
Email: wolchansky@halunenlaw.com

*Attorneys for Plaintiffs Mayhew and
Alibhai individually on behalf of
themselves and all others similarly
situated*