

O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036-6537

T: +1 212 326 2000
F: +1 212 326 2061
omm.com

July 18, 2017

**Hannah Y. Chanoine**
D: +1 212 326 2128
hchanoine@omm.com

<u>**VIA ECF**</u>

Honorable Vincent L. Briccetti
United States District Court Judge
United States Courthouse - Southern District of New York
300 Quarropas Street, Room 630
White Plains, NY 10601

      Re:    *Mayhew, et al. v. KAS Direct, LLC*, Case No. 7:16-cv-06981-VB (SDNY)

Dear Judge Briccetti:

We represent Defendant KAS Direct, LLC ("KAS") in the above-captioned matter, and respectfully submit this letter on behalf of both parties (the "Parties").

On June 5, 2017, Plaintiffs' counsel requested that Your Honor set July 20, 2017 as the deadline for Plaintiffs to file their motion for preliminary approval of a proposed settlement. (*See* Dkt. No. 31.) While the Parties have made substantial progress, and have been working cooperatively and diligently, the Parties require additional time to finalize the preliminary approval papers.

Accordingly, the Parties respectfully request two more weeks, until August 3, 2017 to finalize the settlement and for Plaintiffs to file their motion for preliminary approval of the proposed settlement. The hearing regarding this motion is scheduled for September 6, 2017, and the Parties do not anticipate that this extension will impact the hearing date. This is the first request for an extension of this date.

We thank Your Honor for your consideration in this matter.


Respectfully submitted,


*/s/ Hannah Y. Chanoine*


Hannah Y. Chanoine