

4725 WISCONSIN AVE, NW, SUITE 200
WASHINGTON, DC 20016
TEL: (202) 789-3960
FAX: (202) 789-1813
contact@cuneolaw.com
www.cuneolaw.com

November 17, 2017

Honorable Vincent L. Briccetti
United States District Court Judge
United States Courthouse - Southern District of New York
300 Quarropas Street, Room 630
White Plains, NY 10601

**Re:** *Mayhew et al v. KAS Direct, LLC*
No.: 16-cv-06981

Dear Judge Briccetti:

We represent Plaintiffs in the above-captioned matter and respectfully submit this letter on behalf of both parties (the "Parties").

On October 23, 2017, Your Honor denied Plaintiffs' initial motion for preliminary approval without prejudice and ordered that the Parties file their renewed motion for preliminary approval by November 17, 2017. (Dkt. 96.) The Parties have been working cooperatively and diligently since that date to finalize the Settlement Agreement and preliminary approval papers. However, in order to obtain signatures to the Settlement Agreement and finalize the Settlement Agreement and preliminary approval papers, the Parties respectfully request an additional two business days to file.

Accordingly, the Parties respectfully request until November 21, 2017 to finalize the settlement and for Plaintiffs to file their motion for preliminary approval of the proposed settlement. The Parties have no objection to a corresponding extension, by two business days, of the other deadlines set forth in this Court's scheduling order.

Defendants consent to the relief sought herein.

We thank Your Honor for your consideration in this matter.

Respectfully,

*s/ Katherine Van Dyck*

Katherine Van Dyck