**CUNEO GILBERT & LADUCA, LLP**
Charles J. LaDuca
Katherine Van Dyck
4725 Wisconsin Avenue, NW, Suite 200
Washington, DC 20016
Tel:  (202) 789-3960
Fax:  (202) 789-1813
charlesl@cuneolaw.com
kvandyck@cuneolaw.com

**THE SULTZER LAW GROUP P.C.**
Jason P. Sultzer, Esq. (Bar ID #: JS4546)
85 Civic Center Plaza, Suite 104
Poughkeepsie, NY 12601
Tel: (845) 483-7100
Fax: (888) 749-7747
sultzerj@thesultzerlawgroup.com

**HALUNEN LAW**
Melissa S. Weiner
Amy E. Boyle *(admission forthcoming)*
1650 IDS Center
80 South Eight Street
Minneapolis, MN 55402
Telephone: (612) 605-4098
Facsimile: (612) 605-4099
weiner@halunenlaw.com
boyle@halunenlaw.com

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TANYA MAYHEW, TANVEER ALIBHAI, and TARA FESTA, *individually on behalf of themselves and all others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>KAS DIRECT, LLC and S.C. JOHNSON & SON, INC.,<br><br>Defendants. | Case No.: 16-cv-6981 (VLB)<br><br><br>**PLAINTIFFS' RENEWED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, APPROVAL OF FORM NOTICE, AND SCHEDULING OF FINAL APPROVAL HEARING** |

Plaintiffs Tanya Mayhew, Tanveer Alibhai, and Tara Festa ("Plaintiffs") respectfully move this Court for an Order preliminarily approving the amended proposed class action settlement ("Settlement"), approving the form notice, and scheduling the final approval hearing as set forth in the First Amended Joint Stipulation of Settlement ("Amended Settlement Agreement") attached as Exhibit 1 to the Declaration of Melissa S. Weiner ("Weiner Declaration"). Specifically, the Parties ask that the Court enter the proposed Order, thereby:

(1) granting Preliminary Approval of the Amended Settlement Agreement;

(2) approving the proposed Notice program;

(3) directing Notice to Settlement Class Members;

(4) enjoining the prosecution of other litigation on behalf of Settlement Class Members asserting any of the Released Claims; and

(5) scheduling a Final Approval Hearing.

In addition, Plaintiffs also request that the Court conditionally certify the proposed Class for the purposes of Settlement.

In support of this Renewed Motion, Plaintiffs rely on the attached Memorandum of Law, as well as the Declarations of Melissa S. Weiner, Jason Sultzer, and Katherine Van Dyck and their supporting exhibits, all documents filed therewith, and the arguments of counsel.

Respectfully submitted on this 21st day of November, 2017.

| | |
|---|---|
| Dated: November 21, 2017 | **CUNEO GILBERT & LADUCA, LLP** |
| | By: *s/ Charles J. LaDuca* |
| | Charles J. LaDuca (Bar ID # 3975927) |
| | Katherine Van Dyck |
| | 4725 Wisconsin Avenue, NW, Suite 200 |
| | Washington, DC 20016 |
| | Tel: (202) 789-3960 |
| | Fax: (202) 789-1813 |
| | charlesl@cuneolaw.com |
| | kvandyck@cuneolaw.com |
| | |
| | **THE SULTZER LAW GROUP P.C.** |
| | Jason P. Sultzer (Bar ID #: JS4546) |
| | 85 Civic Center Plaza, Suite 104 |
| | Poughkeepsie, NY 12601 |
| | Tel: (845) 483-7100 |
| | Fax: (888) 749-7747 |
| | sultzerj@thesultzerlawgroup.com |
| | |
| | **HALUNEN LAW** |
| | Melissa S. Weiner |
| | Amy E. Boyle *(admission forthcoming)* |
| | 1650 IDS Center |
| | 80 South Eight Street |
| | Minneapolis, MN 55402 |
| | Telephone: (612) 605-4098 |
| | Facsimile: (612) 605-4099 |
| | weiner@halunenlaw.com |
| | boyle@halunenlaw.com |
| | |
| | *Counsel for Plaintiff and the Class* |