# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Tanya Mayhew, Tanveer Alibhai, and Tara Festa, individually on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br>v.<br><br>KAS DIRECT, LLC and S.C. JOHNSON & SON, INC.,<br><br>          Defendants. | Case No. 16 CV 6981 (VB)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL** |

Before this Court is Plaintiffs' request for leave to file under seal an unredacted version of Exhibit 4 to the Declaration of Jason P. Sultzer in Support of Plaintiffs' Motion for Final Approval of the Class Action Settlement.

Because the documents are designated by a party as confidential under the Stipulation and Protective Order (Dkt. 21), the Court GRANTS Plaintiffs' request.

_____
Hon. Vincent L. Bricetti
United States District Court Judge