**CUNEO GILBERT & LADUCA, LLP**
Charles J. LaDuca
Katherine Van Dyck
4725 Wisconsin Avenue, NW, Suite 200
Washington, DC 20016
Tel: (202) 789-3960
Fax: (202) 789-1813
charlesl@cuneolaw.com
kvandyck@cuneolaw.com

**THE SULTZER LAW GROUP P.C.**
Jason P. Sultzer, Esq. (Bar ID #: JS4546)
85 Civic Center Plaza, Suite 104
Poughkeepsie, NY 12601
Tel: (845) 483-7100
Fax: (888) 749-7747
sultzerj@thesultzerlawgroup.com

**HALUNEN LAW**
Amy E. Boyle
1650 IDS Center
80 South Eight Street
Minneapolis, MN 55402
Telephone: (612) 605-4098
Facsimile: (612) 605-4099
boyle@halunenlaw.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **TANYA MAYHEW, TANVEER ALIBHAI**, and **TARA FESTA**, individually on behalf of themselves and all others similarly situated, | Case No. 16 CV 6981 (VB) |
| Plaintiffs, | **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND SERVICE AWARDS** |
| v. | |
| **KAS DIRECT**, **LLC** and **S.C. JOHNNSON & SON, INC.**, | |
| Defendants. | |

**PLEASE TAKE NOTICE** that on November 14, 2018 at 10:30 a.m., in the U.S. District Court for the Southern District of New York, in Courtroom 521, in the Honorable Charles L. Brieant Jr. Federal Building and U.S. Courthouse, 300 Quarropas Street, White Plains, New York 10601-4150, before the Honorable Vincent L. Briccettti, Plaintiffs Tanya Mayhew, Tanveer Alibhai, and Tara Festa will, and hereby do, move the Court for an order granting attorneys' fees of $733,333.33; reimbursement of out-of-pocket expenses of $51,993.28; and service awards totaling $7,500.00 ($2,500.00 per Class Representative).

This motion is based upon this notice of motion; the memorandum of law in support of the motion; the Declarations of Katherine Van Dyke, Jason Sultzer, and Amy Boyle; all of the pleadings and documents on file in this action; and such other matters as may be presented at or before the hearing.

Dated: September 26, 2018    **CUNEO GILBERT & LADUCA, LLP**

By:    *s/ Charles J. LaDuca*
Charles J. LaDuca (Bar ID # 3975927)
Katherine Van Dyck
4725 Wisconsin Avenue, NW, Suite 200
Washington, DC 20016
Tel: (202) 789-3960
Fax: (202) 789-1813
charlesl@cuneolaw.com
kvandyck@cuneolaw.com

**THE SULTZER LAW GROUP P.C.**
Jason P. Sultzer (Bar ID #: JS4546)
85 Civic Center Plaza, Suite 104
Poughkeepsie, NY 12601
Tel: (845) 483-7100
Fax: (888) 749-7747
sultzerj@thesultzerlawgroup.com

**HALUNEN LAW**
Amy E. Boyle
1650 IDS Center

80 South Eight Street
Minneapolis, MN 55402
Telephone: (612) 605-4098
Facsimile: (612) 605-4099
*boyle@halunenlaw.com*